# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **MISC. NO.: 17-MC-1006** |
| | * | |
| **JHONATAN GRANJA ANGULO** | * | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant(s), pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved (check all that apply):

    A. \_\_\_\_ This is a crime of violence within the meaning of Title 18, United States Code, Section 3156;

    B. \_\_\_\_ This is an offense for which the maximum sentence is life imprisonment or death;

    C. \_X\_ This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

    D. \_\_\_\_ The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

    E. \_\_\_\_ Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or

destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

F. __X__ There is a serious risk that the above-named defendant(s) will flee;

G. __X__ There is a serious risk that the above-named defendant(s) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>. The court should detain the defendant(s) because there are no conditions or combination of conditions of release which will reasonably assure (check one or both):

A. __X__ The defendant(s)' appearance as required; and/or

B. __X__ The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>. The United States **will**/will not invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e). If yes, the rebuttable presumption arises because (check one or both):

A. __X__ There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed or an offense under Title 18, United States Code, Section 924(c).

B. _____ The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above

section if a circumstance giving rise to Federal jurisdiction had existed; and

C. _____ The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense, and

D. _____ A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

E. _____ The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>: The United States requests that the detention hearing be set:

_____ at first appearance

__X__ after a continuance of _3_ days

Dated this 9th day of January 2017.

KENYEN R. BROWN
UNITED STATES ATTORNEY

by:

*/s/ George F. May*
George F. May (mayg0534)
Assistant United States Attorney
United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Fax: (251) 441-5131

# CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendant.

                                                            */s/*George F. May  
                                                            George F. May  
                                                            Assistant United States Attorney